COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ex Parte Yrooj Shamim

Appellate case number:    01-16-00013-CR

Trial court case number:  1822364-B

Trial court:              County Criminal Court at Law No. 3 of Harris County

Appellant, Yrooj Shamim, has filed a motion to supplement the record, claiming the clerk's record, filed on December 29, 2015, does not contain a relevant document. *See* TEX. R. APP. P. 34.5(c)(1).

Accordingly, we grant the motion and order the district clerk to prepare, certify and file a supplemental clerk's record within 10 days from the date of this order, containing "Request for Findings of Fact and Conclusions of Law," filed in trial court cause number 18223640101B on November 10, 2015.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   ☒  Acting individually

Date: March 10, 2016